**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **PATRICIA ANDERSON,** | : | |
| Plaintiff, | : | Case No. 2:09-CV-474 |
| v. | : | **Judge Holschuh** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,** | : | **Magistrate Judge Deavers** |
| | : | |
| Defendant. | : | |

## ORDER

On July 30, 2010, Magistrate Judge Deavers issued a Report and Recommendation, recommending that the Court reverse the Commissioner of Social Security's non-disability finding and remand this case to the Commissioner and the ALJ under Sentence Four of 42 U.S.C. § 405(g) for further consideration. Although the parties were advised of their right to file objections to the Report and Recommendation, and of the consequences of their failure to do so, no objections have been filed within the time allotted.

Accordingly, the Court **ADOPTS** the Report and Recommendation (Doc. 16), **REVERSES** the Commissioner's non-disability finding, and **REMANDS** this case to the Commissioner and the ALJ under Sentence Four of § 405(g) for further consideration consistent with the Report and Recommendation.

**IT IS SO ORDERED.**

Date: August 20, 2010   **/s/ John D. Holschuh**
John D. Holschuh, Judge
United States District Court