IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PATRICIA ANDERSON,

    Plaintiff,

v.

    Civil Action 2:09-cv-00474
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge E.A. Preston Deavers

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

This matter is before the Court for consideration of the April 5, 2011 Report and Recommendation of the United States Magistrate Judge Elizabeth A. Preston Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b). (ECF No. 21.) The Magistrate Judge recommended that the Court grant Plaintiff's Motion for Attorney Fees, but decline to issue an order directing payment of these fees to her attorney.

The Report and Recommendation specifically advises parties that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to *de novo* review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report and Recommendation 6, ECF No. 21.) The time period for filing objections to the Report and Recommendation has expired. The parties have not objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation. Accordingly, the Court **GRANTS** Plaintiff's Motion for Attorney Fees and **AWARDS** Plaintiff fees in the amount of $1,900 pursuant to the Equal Access to Justice Act, but declines to issue an order directing payment of these fees to her attorney. (ECF No. 18.)

**IT IS SO ORDERED.**

5-4-2011
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**